NUMBER 13-06-521-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


 


IN RE: NATIONWIDE CREDIT, INC. AND PLAZA ASSOCIATES

 
 

On Petition for Writ of Mandamus and 

Motion for Emergency Temporary Relief 


MEMORANDUM OPINION 
 


Before Justices Yañez, Rodriguez, and Garza


Memorandum Opinion Per Curiam


 

 On September 21, 2006, relators, Nationwide Credit, Inc. and Plaza Associates,
filed with this Court a petition for writ of mandamus, in which they complain about the trial
court's denial of their motion to compel arbitration. Relators attached to their petition a
motion for expedited hearing and motion for emergency relief and to stay litigation, in which
they ask this Court to stay all proceedings in the trial court while their petition remains
pending. 


 Having reviewed relators' motion for expedited hearing and motion for emergency
relief and to stay litigation and the petition for writ of mandamus, this Court denied relators'
motion and requested a response from the real party in interest.

 The Court, having examined and fully considered the petition for writ of mandamus,
the response, and relators' reply to the response, is of the opinion that relators have not
shown themselves entitled to the relief sought and the petition for writ of mandamus
should be denied. See Tex. R. App. P. 52.8. Accordingly, petition for writ of mandamus
is DENIED. 

 

 PER CURIAM

 

Memorandum Opinion delivered and

filed this the 19th day of October, 2006.